David A. Birdsell
216 North Center
Mesa, AZ 85201
(480) 644-1080 /  (480) 644-1082(fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PARKER, FAYHT LYNN | ) | Case No. 2:21-bk-06442-MCW |
| | ) | |
| | ) | TRUSTEE'S OBJECTION |
| | ) | TO PROOF OF CLAIM #1 |
| Debtor(s) | ) | AND NOTICE THEREON |

COMES NOW DAVID A. BIRDSELL, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim **in its entirety**:

No. 1 Filed on 10/12/21 for $8,706.78 on behalf of
Name: Auto Now, PO Box 51900, Mesa, AZ 85208

Upon the following grounds:

_____ Said claimant asserts a lien on certain property of the debtor's estate and said claimant has or should have looked to said property for payment of the debt thereby secured. Claimant did not provide proof of sale which would have resulted in a deficiency balance.

_____ Claim was untimely filed; last day to file claims was _____.

__X__ Claim #1 is a duplicate claim to Claim #5.  Claim #5 should be allowed to share in the distribution of funds in this case and Claim #1 should be disallowed.

TRUSTEE'S OBJECTION TO CLAIM] - 1

The trustee recommends said Claim #1 be treated as the follows: DISALLOWED

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount with the priority as recommended above by the trustee unless on or before <u>October 31, 2022,</u> (21) days from service and (3) days for mailing, the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection with the Clerk of the Court, and mails a copy thereof to the trustee at: <u>BANKRUPTCY TRUSTEE, 216 N. Center Mesa, AZ 85201.</u> If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

<u>October 4, 2022</u>      */s/ David A. Birdsell*
Date      David A. Birdsell, Trustee

TRUSTEE'S OBJECTION TO CLAIM] - 2